490

509 A.2d 1256

Lieut. Thomas CUMMINGS, et al., Petitioners,

v.

NATIONAL RAILROAD PASSENGER CORP.

Supreme Court of Pennsylvania.

May 29, 1986.

Petition for Allowance of Appeal GRANTED, No. 74 E.D. Appeal Docket 1986.